UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JEREMIE RUTH RACHUNOW, AGEONICS
MEDICAL, P.C., and MEDROCK MEDICAL,
P.C.,

                    Plaintiffs,

           20-cv-5627 (PKC)

    -against-

           ORDER

JEFFREY JAMIESON and ANNETTE
JAMIESON,

                  Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The parties are directed to meet and confer regarding a Case Management Plan and Scheduling Order. A jointly proposed Plan shall be submitted to the Court by August 25, 2021.

       SO ORDERED.

                         P. Kevin Castel
                        United States District Judge

Dated: New York, New York
       August 11, 2021